IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              No. 11 CR 882 LH

LARRY PAM,

        Defendant.

## ENTRY OF APPEARANCE

COMES NOW Margaret A. Katze, Federal Public Defender, by and on behalf of the Federal Public Defender Organization and, hereby enters her appearance as counsel of record for the defendant in this case.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        111 Lomas Blvd., NW, Suite 501
        Albuquerque, NM 87102
        (505) 346-2489

        */s/ filed electronically*
        MARGARET A. KATZE, FPD
        Attorney for Defendant